46977.   CAUDLE et al. v. WHIDDON et al.

HALL, Presiding Judge. In an action for damages to a water supply from a leaking underground gasoline pipeline,

the defendant service station owners appeal from the grant of summary judgment to the third-party defendant, the subcontractor who installed the line.

The court erred in granting the summary judgment. There are issues of material fact as to, among other things, the cause of the leak; whose negligence, if any, was responsible for it; and whose duty it was to cover the pipes, regardless of who actually did it.

That the third-party defendant may not be liable to the defendant for all of the damages alleged, does not preclude the use of third-party practice. *Code Ann.* § 81A-114 specifically provides for partial liability. Apportioning the damages would be for the jury.

*Judgment reversed. Pannell and Quillian, JJ., concur.*
Submitted March 1, 1972—Decided April 3, 1972.

*Young, Young & Ellerbee, O. Wayne Ellerbee,* for appellants.

*Coleman, Blackburn, Kitchens & Bright, J. Converse Bright,* for appellees.